Case 23:SH-24-cv-00079-JS    Document # 2    Filed 02/08/2024    Page 1 of 1

**COVER SHEET**    Court Identification Docket #    Case Year    Docket Number

**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

County #   Judicial District   Court ID (CH, CI, CO)

Local Docket ID

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2009)

Month    Date    Year

This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the **CHANCERY**    Court of **HANCOCK**    County  —    Judicial District

**Origin of Suit (Place an "X" in one box only)**
- ■ Initial Filing
- ☐ Remanded
- ☐ Reinstated
- ☐ Reopened
- ☐ Foreign Judgment Enrolled
- ☐ Joining Suit/Action
- ☐ Transfer from Other court
- ☐ Appeal
- ☐ Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

**Individual**

Last Name    First Name    Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

___ Check ( x ) if Individual Plainitiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

**Business** Hancock County Port and Harbor Commission

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Plainitiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

**Address of Plaintiff**

**Attorney (Name & Address)**    K. C. Hightower, P.O.Box 130, Gulfport, MS 39502    MS Bar No. 101246

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing:

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

**Individual**

Last Name    First Name    Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

**Business** Coastal Marine Contractors, LLC

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A    MS Bar No.

**Attorney (Name & Address) - If Known**

**Damages Sought:**    Compensatory $ _____    Punitive $ _____

Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic. | Real Property |
|---|---|---|---|
| ☐ Child Custody/Visitation | ☐ Accounting (Business) | ☐ Adoption - Contested | ☐ Adverse Possession |
| ☐ Child Support | ☐ Business Dissolution | ☐ Adoption - Uncontested | ☐ Ejectment |
| ☐ Contempt | ☐ Debt Collection | ☐ Consent to Abortion Minor | ☐ Eminent Domain |
| ☐ Divorce:Fault | ■ Employment | ☐ Removal of Minority | ☐ Eviction |
| ☐ Divorce: Irreconcilable Diff. | ☐ Foreign Judgment | ☐ Other _____ | ☐ Judicial Foreclosure |
| ☐ Domestic Abuse | ☐ Garnishment | **Civil Rights** | ☐ Lien Assertion |
| ☐ Emancipation | ☐ Replevin | ☐ Elections | ☐ Partition |
| ☐ Modification | ☐ Other _____ | ☐ Expungement | ☐ Tax Sale: Confirm/Cancel |
| ☐ Paternity | **Probate** | ☐ Habeas Corpus | ☐ Title Boundary or Easement |
| ☐ Property Division | ☐ Accounting (Probate) | ☐ Post Conviction Relief/Prisoner | ☐ Other _____ |
| ☐ Separate Maintenance | ☐ Birth Certificate Correction | ☐ Other _____ | **Torts** |
| ☐ Termination of Parental Rights | ☐ Commitment | **Contract** | ☐ Bad Faith |
| ☐ UIFSA (eff 7/1/97; formerly URESA) | ☐ Conservatorship | ■ Breach of Contract | ☐ Fraud |
| ☐ Other _____ | ☐ Guardianship | ☐ Installment Contract | ☐ Loss of Consortium |
| **Appeals** | ☐ Heirship | ☐ Insurance | ☐ Malpractice - Legal |
| ☐ Administrative Agency | ☐ Intestate Estate | ☐ Specific Performance | ☐ Malpractice - Medical |
| ☐ County Court | ☐ Minor's Settlement | ☐ Other _____ | ☐ Mass Tort |
| ☐ Hardship Petition (Driver License) | ☐ Muniment of Title | **Statutes/Rules** | ☐ Negligence - General |
| ☐ Justice Court | ☐ Name Change | ☐ Bond Validation | ☐ Negligence - Motor Vehicle |
| ☐ MS Dept Employment Security | ☐ Testate Estate | ☐ Civil Forfeiture | ☐ Product Liability |
| ☐ Worker's Compensation | ☐ Will Contest | ☐ Declaratory Judgment | ☐ Subrogation |
| ☐ Other _____ | ☐ Other _____ | ☐ Injunction or Restraining Order | ☐ Wrongful Death |
|  |  | ☐ Other _____ | ☐ Other _____ |

IN THE CHANCERY COURT OF HANCOCK COUNTY, MISSISSIPPI

**FILED**

HANCOCK COUNTY PORT AND     FEB 0 8 2024     **PLAINTIFF**
HARBOR COMMISSION



TIFFANY LEE COWMAN
CHANCERY CLERK

v.    BY_____  CAUSE NO. 23CH1: 24 . cv . 079 (JS)
           D.C.

COASTAL MARINE CONTRACTORS,     **DEFENDANT**
LLC

## COMPLAINT

COMES NOW, Plaintiff, Hancock County Port and Harbor Commission ("HCPHC" or

"Plaintiff"), by and through undersigned counsel of record, and files this its Complaint pursuant

to the Mississippi Rules of Civil Procedure against Defendant, Coastal Marine Contractors, LLC.

("CMC" or "Defendant"), and would show unto this Honorable Court the following:

### PARTIES

1. HCPHC is a political subdivision of the State of Mississippi, and is a governmental body

created by the lawful act of the Hancock County Board of Supervisors with its principal place of

business being located at 14054 Fred and Al Key Road, Kiln, Mississippi 39556.

2. CMC is a Louisiana corporation which has had its authorization to do business in

Mississippi revoked. CMC's principal place of business is located at 330 Bayou Liberty Road,

Slidell, LA 70458. CMC may be served through its Registered Agent, Allen Warriner, at 330

Bayou Liberty Road, Slidell, LA 70458, or wherever he may be found.

### JURISDICTION AND VENUE

3. The Court has personal jurisdiction over the parties, as well as subject matter jurisdiction

over the claims at issue in this civil action.

4. This Court is the proper venue for this action.

## STATEMENT OF FACTS

5. CMC owns various barges which have been docked in the canal located in HCPHC's Industrial Park at Port Bienville.

6. HCPHC has a published tariff, which includes rates for dockage. *See* Applicable Versions of HCPHC's Published Tariff, attached hereto as cumulative Exhibit "A" (the "Published Tariff").

7. The Published Tariff was lawfully enacted by HCPHC.

8. When CMC docked its barges in HCPHC's canal, it was subject to HCPHC's tariff, did in fact subject itself to such tariff, and is obligated to pay the published rate for docking its barges in HCPHC's canal.

9. HCPHC did not grant CMC permission to dock in its canal free of charge or without paying dockage.

10. HCPHC has invoiced CMC for dockage in an amount exceeding Two Hundred Sixty Thousand Dollars ($260,000.00). *See* Accounts Receivable Information, attached hereto as Exhibit "B".

11. The invoices from HCPHC to CMC for its dockage in Port Bienville's Industrial Park are for dockage fees owed from as early as January of 2022 (the "Invoices").

12. To date, CMC has failed to pay the outstanding Invoices, and such Invoices remain due and owing.

## COUNT I – UNJUST ENRICHMENT

13. HCPHC incorporates all previous Paragraphs of this Complaint as if fully stated herein.

14. In the event it is adjudicated there is no binding contract between CMC and HCPHC, CMC is nevertheless obligated to fully satisfy all sums due and owing as reflected the Invoices.

15. CMC's failure to pay the aforementioned Invoices has resulted in CMC being unjustly enriched, as it docked its barges in HCPHC's canal without paying the published rate for such actions.

16. HCPHC requests money damages for CMC's unjust enrichment in the amount of the outstanding Invoices, plus dockage for any other time CMC has made use of HCPHC's canal but for which it has not yet been invoiced.

## COUNT II – QUANTUM MERUIT

1. HCPHC incorporates all previous Paragraphs of this Complaint as if fully stated herein.

2. HCPHC provides docking services to mariners and other users, who make use of HCPHC's canals and docks.

3. CMC is a barge shipping company contemplated as a user under HCPHC's Published Tariff.

4. CMC did in fact make use of HCPHC's canal and docking facilities and services.

5. HCPHC provided docking facilities and services for CMC with the expectation of being compensated by CMC for its barges being docked in HCPHC's canal.

6. HCPHC submitted Invoices to CMC for its use of HCPHC's canal and docking facilities and services with the reasonable expectation of being paid in full by CMC. CMC reasonably knew that HCPHC expected to be compensated according to its Published Tariff.

7. Accordingly, in the alternative to an award of damages for other claims asserted herein, HCPHC is entitled to an award of damages for the value of the services and the use of its facilities that HCPHC provided to CMC, which CMC has refused to pay.

## COUNT III – BREACH OF IMPLIED CONTRACT

8. HCPHC incorporates all previous Paragraphs of the Complaint as if fully stated herein.

3

9. HCPHC's Published Tariff constitutes the basis of, and is in fact, a contract between HCPHC and CMC.

10. CMC's failure to pay the aforementioned Invoices constituted a breach of such contract, as CMC docked its barges in HCPHC's canal without paying the published rate for such actions.

11. Because of CMC's breach, significant charges have accrued pursuant to HCPHC's lawfully enacted tariff, for which CMC has been properly invoiced, in further breach of its contract, causing HCPHC to incur significant monetary damages.

12. Despite receiving the Invoices from HCPHC, CMC has willfully refused to satisfy their obligations under the contract.

13. Because of the breach by CMC, HCPHC has incurred significant monetary damages in excess of Two Hundred and Sixty Thousand Dollars ($260,000.00).

WHEREFORE, PREMISES CONSIDERED, HCPHC prays for the following relief:

1. That judgment be entered in favor of HCPHC and against CMC for the claims, actions, and conduct referenced herein for a monetary sum to be determined at the trial of this matter;

2. An award of pre-judgment interest, as well as attorneys' fees and costs associated with the prosecution of these claims.

4

Respectfully submitted, this the 8ᵗʰ day of February, 2024.

**HANCOCK COUNTY PORT AND HARBOR COMMISSION**

BY:

BALCH & BINGHAM LLP

BY: _____
Of Counsel

K.C. Hightower (MSB# 101246)
Katie Hood (MSB# 104659)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
kchightower@balch.com
khood@balch.com

**PORT BIENVILLE INDUSTRIAL PARK**

FMC-1; Org. #002665                                    **TITLE PAGE**

## TARIFF NO. 1-B
Revised

SCHEDULE OF CHARGES, RULES AND REGULATIONS FOR

WHARFAGE, HANDLING, STORAGE AND SERVICES

APPLICABLE AT

# PORT BIENVILLE INDUSTRIAL PARK

APPROVED BY HANCOCK COUNTY PORT AND HARBOR COMMISSION
On April 27, 2015

ISSUED: April 27, 2015                    EFFECTIVE: June 1, 2015

ISSUED BY:

HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
TELEPHONE: (601) 467-9231
FAX: (601) 467-9341
EXHIBIT "A"

## PORT BIENVILLE INDUSTRIAL PARK

FMC-1; Org. #002665 | **TARIFF NO. 1-B** | PAGE 1
REVISD

### SUPERSEDES AND CANCELS ALL OTHER TARIFFS

### CHECK SHEET

(*) Indicates new or revised page included in this filing.

| PAGE | REVISION |
|------|----------|
| 3 | * |
| 8 | + |
| 9 | + |

### CANCELLATION OF PAGES

Unless otherwise provided, amendment of a page will be made by reprinting the page and showing the revision number. The revision numbers will be used in consecutive numerical order beginning with "1st Revised Page". A revised page cancels any un-canceled revised or original page(s), which bear the same page number.

### ABBREVIATIONS AND REFERENCE MARKS          ITEM 110

| * | Denotes change in wording | + | Denotes increase in charges |
|---|---|---|---|
| @ | Denotes new provision | % | Denotes reduction in charges |

| | |
|---|---|
| N.T. | Net ton (2,000 pounds) |
| USDA | United States Department of Agriculture |
| FMC | Federal Maritime Commission |
| DOT | United States Department of Transportation |

ISSUED: April 27, 2015                    EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
**EXHIBIT "A"**

## PORT BIENVILLE INDUSTRIAL PARK

FMC-1; Org. #002665        **TARIFF NO. 1-B**        PAGE 2

### TABLE OF CONTENTS

| SUBJECT | RULE | PAGE |
|---|---|---|
| APPLICATION-INTERPRETATION OF TARIFF | 105 | 4 |
| ASSIGNMENT OF BERTH | 150 | 6 |
| DAYS AND HOLIDAYS | 5 | 3 |
| DOCKAGE | 15 | 3 |
| DOCKAGE/WHARFAGE AT OTHER THAN PUBLIC WHARVES | 130 | 5 |
| HAZARDOUS MATERIALS OR SUBSTANCES | 135 | 5 |
| JURISDICTION | 100 | 4 |
| LAY BERTH | 20 | 3 |
| MARINE LOSS OR DAMAGE TO CARGO OR VESSELS | 125 | 5 |
| MEASUREMENT OF SHIPS OR VESSELS | 140 | 5 |
| PORT AUTHORITY | 10 | 3 |
| PUBLIC WHARVES | 25 | 3 |
| REQUEST FOR STATEMENT OF TONNAGE | 145 | 6 |
| SHIP AND VESSEL | 40 | 3 |
| STEVEDORE | 35 | 3 |
| VACATE OF BERTH | 155 | 6 |
| WHARFAGE | 45 | 4 |

### RATES AND CHARGES

| | | |
|---|---|---|
| CONTAINER STORAGE | 210 | 9 |
| DOCKAGE CHARGE | 205 | 9 |
| PERM ITS | 220 | 9 |
| MISCELLANEOUS CHARGES | 215 | 9 |
| WHARFAGE CHARGES-ASSESSMENT | 200 | 7 |
| WHARFAGE CHARGES | 200 | 8 |

ISSUED: April 27, 2015        EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521

EXHIBIT "A"

# PORT BIENVILLE INDUSTRIAL PARK

**FMC-1; Org. #002665**               **TARIFF NO. 1-B**               PAGE 3
                                                                      REVISED

## DEFINITIONS

### DAYS AND HOLIDAYS                                       ITEM 5

In computing charges, a day is a period of 24 consecutive hours or fraction thereof of any
calendar day or days.
Holidays are defined as Christmas Day, New Year's Day, Memorial Day, Independence Day,
and Thanksgiving Day.

### PORT AUTHORITY                                          ITEM 10

Port Authority, when used herein, is the Hancock County Port and Harbor Commission as
prescribed by law.

### DOCKAGE                                                 ITEM 15

A charge against the ship or vessel for the use of the wharves, mooring facilities, or other
facilities within the Port Bienville Industrial Park The charge is based upon the length of the ship
or barge as determined by the Port Commission's rules. The ship or vessel is responsible for this
charge. **Nothing herein shall prohibit the Port Authority from assessing any other charges
under any other provision of this Tariff No. 1-B.**

### LAY BERTH                                               ITEM 20

A privilege granted upon request for a ship or vessel to berth at a wharf, pier, bulkhead structure,
or bank.

### WHARVES                                                 ITEM 25

Wharves and facilities, whether public or private, within the Port Bienville Industrial Park...
**Nothing herein shall prohibit the Port Authority from assessing any other charges under
any other provision of this Tariff No. 1-B.**

### PORT BIENVILLE INDUSTRIAL PARK                          ITEM 30

The lands and waters, and interests therein, under the management, supervision and control of
the Port Authority.

### STEVEDORE                                               ITEM 35

One who works at or is responsible for the loading and unloading of a ship or vessel within the
jurisdiction of the Port Authority.

### SHIP AND VESSEL                                         ITEM 40

A "ship" is any self-propelled sea-going vessel. A "vessel" is any type of floating equipment or
object including barges.

ISSUED: April 27, 2015                         EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS  39521

EXHIBIT "A"

**PORT BIENVILLE INDUSTRIAL PARK**

FMC-1; Org. #002665                **TARIFF NO. 1-B**                PAGE 4

### DEFINITIONS CONTINUED

WHARFAGE                                                    ITEM 45

A charge assessed against all cargo passing or conveyed over, onto, or under wharves, whether public or private, and the transit sheds built thereon or between ship or vessel when berthed at the wharf, pier, bulkhead structure(s) or banks, any of which whether public or private, within the jurisdiction of the Port Commission.

### RULES AND REGULATIONS

JURISDICTION                                               ITEM 100

The Port Authority has jurisdiction control over, and the power to regulate, fix and enforce rules and charges for the use of the harbor, channel, warehouses, freight handling machinery, equipment, and all other property and facilities owned and/or operated by it in accordance with applicable law.

Normal operations are conducted through the Commission's appointed Port Director.

APPLICATION AND INTERPRETATION OF TARIFF        ITEM 105

Rates, rules and regulations contained herein, or as amended, shall apply equally to all users at and to all waterways, terminals, and facilities of the Port Authority except as otherwise provided. The use of the waterways, facilities, and/or services under the jurisdiction of the Port Authority shall constitute a consent to the terms and conditions herein and evidences an agreement on the part of all carriers, vessels, barges, their owners and agents or all other users of such waterways, services, and/or facilities, to pay all charges specified herein to be governed by all rules and regulations set forth in this tariff.

All reference to harbor masters, pilots, boatmen, stevedores, surveyors, watchmen, police, ship chandlers, ship agents and all other persons engaged in providing any type of service or operation on or at any waterway, road or facility, will be governed by "TITLE 59," Mississippi Code, 1972, Annotated.

ISSUED: April 27, 2015                           EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
EXHIBIT "A"

## PORT BIENVILLE INDUSTRIAL PARK

FMC-1; Org. #002665                    **TARIFF NO. 1-B**                    PAGE 5

### RULES AND REGULATIONS

#### MARINE LOSS OR DAMAGE TO CARGO OR VESSELS          ITEM 125

The Port Authority assumes no responsibility for marine loss or damage to any cargo of any
description, nor assumes any responsibility for marine loss or damage to any vessel, barge, tug
boat, or other craft while within the harbor limits of Port Bienville Industrial Park or other
places.

#### DOCKAGE/WHARFAGE AT OTHER THAN PUBLIC WHARVES          ITEM 130

The Port Authority reserves the right to assess wharfage or dockage charges against any
commodity received from and/or discharged to, or to ships utilizing, respectively, the water over
which the Port Authority has jurisdiction.

#### HAZARDOUS MATERIALS OR SUBSTANCES          ITEM 135

Shipments of articles classified as hazardous materials or hazardous substances by the United
States Department of Transportation will be accepted only after a full compliance by shippers or
carriers with these rules and regulations or as amended. Wharfage and handling facilities will not
be provided except under special circumstances approved by the Port Director.

#### MEASUREMENT OF SHIPS OR VESSELS          ITEM 140

The Port Authority reserves the right to measure all ships or vessels when deemed necessary;
said measurements to be used by the Port Authority as a basis for any and all charges. For
purpose of determining charges under this tariff, the term "length" or "over-all length" of a ship
or vessel shall be that length measured from the extreme forward point to the extreme aft point of
the ship or vessel as may appear in the Certificate of Registry for the ship or vessel. With respect
to ships engaged in foreign, coastwise, or intracoastal trade, such measurements appearing in
Lloyd's Register will be acceptable as evidence thereof.

ISSUED: April 27, 2015                    EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS  39521
EXHIBIT "A"

**PORT BIENVILLE INDUSTRIAL PARK**

FMC-1; Org. #002665                **TARIFF NO. 1-B**                PAGE 6

### RULES AND REGULATIONS

REQUEST FOR STATEMENT OF TONNAGE            ITEM 145

All ships or vessels, their owners or agents, or any other persons, firms or corporations shall furnish without delay, but in not greater than seven days, a statement showing weight (weight and measure in cubic meters if by commodities including bunkers, and if containerized the number of units and size, covering any shipments or cargo in the transit sheds, or wharves, or occupying space on any other property under the control of the Port Authority.

ASSIGNMENT OF BERTH, SHEDDAGE, MOORING AND MARGINAL TRACK       ITEM 150

All vessels, barges, or other water craft, or their owners or agents, desiring berth and/or marginal tracks, sheddage assignment, open dock use, anchorage, mooring place, or any other facility shall, as far as possible but not later than 48 hours in advance of the date of docking to load or unload if space is available, make application thereof to the Port Director in writing specifying the date of docking, sailing, and the nature and quantity of cargo to be handled. The Port Director reserves the right to decline any application at its discretion. All assignments shall be at the discretion of the Port Director.

VACATE OF BERTH                ITEM 155

Any vessels, barges or other watercraft occupying a berth under Item 150 may, at the sole discretion of the Port Director, be ordered to vacate the berth due to accommodation of another vessel for the working of cargo or whenever such occupancy poses a potential hazard. Failure to vacate the berth as ordered will result in a penalty to be twice the applicable dockage rate. The imposition of such a penalty shall not affect the right to have the vessel removed at the expense and risk of the owner or charterer.

ISSUED: April 27, 2015                EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
EXHIBIT "A"

# PORT BIENVILLE INDUSTRIAL PARK

FMC-1; Org. #002665                **TARIFF NO. 1-B**                PAGE 7

## RATES AND CHARGES

ASSIGNMENT OF WHARFAGE CHARGES                ITEM 200

All cargo shall be subject to the wharfage charges as follows:

(1.) When cargo is placed onto wharves, docks, landing, mooring facilities, or other structures, any of which whether public or private, for handling to or from ship or vessel; or

(2.) When cargo is placed on the public or private wharves for outbound movement and is not subsequently loaded aboard a ship or vessel but is removed from the wharves; or

(3.) When cargo is transferred over or under such wharves, docks, landings, mooring facilities, or other structures, any of which whether public or private, to or from ship or vessel; or

(4.) When cargo is delivered to or received from ships or vessels by other water craft, or when transferred over the side of ships or vessels directly to or from the water;

(5.) (a) When ships or vessels are moored outside of other water craft occupying berths at wharves, dock landings, mooring facilities or other structures, any of which whether public or private;

   (b) When ships or vessels are occupying berths at wharves, dock landings, mooring facilities or other structures, any of which whether public or private;

   (c) When ships or vessels are anchored, partly anchored, or partly moored to wharves, docks, or other structure, any of which whether public or private, in any area within the jurisdiction of the Port Authority.

ISSUED: April 27, 2015                EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
EXHIBIT "A"

## PORT BIENVILLE INDUSTRIAL PARK

**FMC-1; Org. #002665**              **TARIFF NO. 1-B**                    **PAGE 8**
                                                                          **REVISED**

### RATES AND CHARGES

The rate for <u>wharfage</u> is as follows:

| COMMODITY | <u>RATE</u> |
|---|---|
| 1. General Commodities N.O.S. | $1.40 per net ton |
| 2. Hazardous Cargo | $4.00 per net ton |
| 3. Bulk Commodities N.O.S. (or 40 cubic feet, whichever is greater) | $1.00 per net ton |
| 4. USDA (bagged commodities) | $1.00 per net ton |
| 5. Forest Products | $1.00 per net ton |
| 6. Iron and/or Steel Articles, N.O.S. | $1.50 per net ton |
| 7. Fabricated Steel, N.O.S. | $2.50 per net ton |

ISSUED: April 27, 2015                          EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS  39521
EXHIBIT "A"

## PORT BIENVILLE INDUSTRIAL PARK

FMC-1; Org. #002665        **TARIFF NO. 1-B**        PAGE 9
REVISED

### RATES AND CHARGES

DOCKAGE        ITEM 205

The dockage charge shall be **$1.00** per lineal foot of ship, vessel or barge starting the 1st day and every day thereafter.

All carriers, vessels, their owners and/or agents or other users of the facilities placed on the delinquent list for reasons provided herein shall be denied further use of the facilities by the Port Director until all charges have been paid.

CONTAINER STORAGE        ITEM 210

All cargo containers stored outside of the leased ship terminal area as defined by lease agreements between the Port Authority and lessee will be assessed a storage charge of:

**$1.00** per Container per Day

MISCELLANEOUS CHARGES        ITEM 215

All other types of charges not otherwise specified herein will be quoted on request from the Port Director.

PERMITS        ITEM 220

All commercial ship, vessel or other transportation mode operators will be required to have a one (1) year entry permit issued by the Port Authority in order to conduct business on Port Bienville. Such permit shall be issued based on criteria establish by the Port Authority and require a payment of $50.00 administrative fee applicable to all transportation equipment under control of the permit holder.

ISSUED: April 27, 2015                 EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
EXHIBIT "A"

| Status | Document ID | External Reference | Document Type | Document Date ▼ | Document Amount in Trans... | Open Amount in Trans... | Header Text |
|--------|-------------|--------------------|---------------|-----------------|-----------------------------|--------------------------|-------------|
| Open | IP563 | IP-563 | Invoice | 10/31/2022 | 12,285.00 | USD 12,285.00 | USD CMC01 DOCKAGE OCT 2022 |
| Open | IP539 | IP-539 | Invoice | 09/30/2022 | 27,495.00 | USD 27,495.00 | USD CMC01 DOCKAGE SEP 2022 |
| Open | IP500 | IP-500 | Invoice | 09/14/2022 | 221,130.00 | USD 221,130.00 | USD CMC01 DOCKAGE JAN 2022 - AUG 2022 |

EXHIBIT "B"

## IN THE CHANCERY COURT OF HANCOCK COUNTY, MISSISSIPPI

**HANCOCK COUNTY PORT AND HARBOR COMMISSION**                                    **PLAINTIFF**

v.                                               CAUSE NO. 23CH1 24.cv.079(JS)

**COASTAL MARINE CONTRACTORS, LLC**                                              **DEFENDANT**

### SUMMONS



THE STATE OF MISSISSIPPI

TO:   Coastal Marine Contractors, LLC
      b/s Registered Agent, Allen Warriner
      330 Bayou Liberty Road
      Slidell, Louisiana  70458
      Or Wherever He May Be Found

**FILED**

FEB 08 2024

TIFFANY LEE COWMAN
CHANCERY CLERK
BY _____ D.C.

### Notice to Defendant

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to K. C. Hightower, the attorney for the Plaintiff, whose post office address is Post Office Box 130, Gulfport, Mississippi 39502, and whose street address is 1310 25th Avenue, Gulfport, Mississippi 39501. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 8th day of February, 2024.

TIFFANY LEE COWMAN, CHANCERY CLERK,
HANCOCK COUNTY, MISSISSIPPI

(S E A L) 

By _____ D.C.

23656895.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**HANCOCK COUNTY PORT AND**
**HARBOR COMMISSION**                                        **PLAINTIFF**

**VERSUS**                    **CIVIL ACTION NO.**  1:24cv95TBM-RPM

**COASTAL MARINE**
**CONTRACTORS, LLC**                                        **DEFENDANTS**

---

## NOTICE OF REMOVAL

---

**TO THE HONORABLE JUDGES OF SAID COURT:**

NOW INTO COURT, through undersigned counsel, comes Defendant Coastal Marine Contractors, LLC ("Coastal") who removes this civil action from the Chancery Court of Hancock County, Mississippi, to the United States District Court for the Southern District of Mississippi, pursuant to 28 U.S.C. § 1441(a).

### The Pending State Court Suit

1.      On February 8, 2024, Plaintiff Hancock County Port and Harbor Commission ("HCPHC") filed a civil action in the Chancery Court of Hancock County, Mississippi, naming Coastal as defendant, styled as *Hancock County Port and Harbor Commission v. Coastal Marine Contractors, LLC¸* Cause No. 23CH1:24-cv-079-JS, alleging claims for unpaid dockage.[1]

2.      Coastal has not filed any pleadings in response to HCPHC's Complaint in the chancery court action, and expressly reserve all defenses Coastal may have, now or in the future,

---

[1] Plaintiff's Complaint and State court filings are attached as <u>Exhibit A</u>.

as to the merits of the claims asserted in the Complaint, the lack or insufficiency of service, process, venue, or jurisdiction, and waives none of the aforesaid defenses by filing this Notice of Removal.

3.     A copy of the Complaint and all filings in the Hancock County Chancery Court action in Coastal's possession are attached, *in globo*, as <u>Exhibit A</u>.  <u>Exhibit A</u> includes a true and correct copy of all process, pleadings, and orders in Coastal's possession.  28 U.S.C. § 1446(a).

4.     HCPHC's allegations and claims against Coastal relate to dockage charges HCPHC assessed against Coastal totaling $260,000.00.

<strong><u>Timing of Removal</u></strong>

5.     HCPHC filed suit against Coastal on February 8, 2024.  Coastal was never served with a Summons and Complaint.  On February 26, 2024, undersigned counsel confirmed he was authorized to accept service of the Complaint, and counsel for HCPHC agreed responsive pleadings would be due within thirty (30) days from that date.  Therefore, this Notice of Removal is timely in accordance with 28 U.S.C. § 1446(b)(1).

<strong><u>Venue</u></strong>

6.     Venue is proper in the United States District Court for the Southern District of Mississippi because it is the federal judicial district embracing the place where the action is pending.

<strong><u>Removal Jurisdiction</u></strong>

7.     A defendant has the right to remove a case to federal court when federal jurisdiction exists and when the removal procedure is properly followed.  28 U.S.C. § 1441.  Under 28 U.S.C. § 1441(a), any state court civil action over which a federal court would have original jurisdiction may be removed from state to federal court.

8.    Further, removal of this case is permitted because HCPHC alleges claims for dockage that arise under the general maritime law.  Section 1441(b) as amended allows for removal of general maritime law claims provided the removed claim is one which the district court has original jurisdiction over.

9.    HCPHC's Complaint alleges claims that fall squarely within this Court's diversity jurisdiction under 28 U.S.C. § 1332.

10.    "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States . . ."  28 U.S.C. § 1332(a)(1).

11.    As alleged in HCPHC's Complaint, HCPHC seeks to recover $260,000.00 in dockage.  More, HCPHC is a political subdivision of the State of Mississippi and Coastal is a Louisiana limited liability company with its principal place of business in Slidell, Louisiana.  As such, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1332 as the amount in controversy exceeds $75,000.00 and the parties are completely diverse.

**Notice to Adverse Party and the State Court**

12.    As the removing party, Coastal will give HCPHC prompt written notice of this Notice of Removal as required by 28 U.S.C. § 1446(d).

13.    In accordance with 28 U.S.C. § 1446(d), Coastal will file a copy of this Notice of Removal with the Hancock County, Mississippi Clerk of Court, and will serve these pleadings on HCPHC's counsel.

**Parties and State Court Information**

14.    Pertinent information regarding the parties in this case, their counsel, and the state court proceedings is as follows:

1) Plaintiff Hancock County Port and Harbor Commission is represented by:

   K.C. Hightower (MSB# 101246)
   Katie Hood (MSB# 104659)
   Balch & Bingham LLP
   1310 Twenty Fifth Avenue
   Gulfport, MS 39501
   Telephone: (228) 864-9900
   Facsimile: (228) 864-8221
   kchightower@balch.com
   khood@balch.com

2) Defendant Coastal Marine Contractors, LLC is represented by:

   Michael J. Thompson, Jr.
   Mississippi Bar No. 103772
   THOMPSON LAW OFFICE, PLLC
   P.O. Box 280
   Gulfport, MS 39502
   Phone: (228) 265-5010
   E-mail: mike@mjtlaw.com

3) This case is being removed from the Chancery Court of Hancock County, Mississippi located at:

   152 Main Street, Ste.A
   Bay St Louis, MS 39520

15.     Coastal reserves all rights including, but not limited to, all defenses permitted under Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional and procedural defenses, and all defenses to the merits of this action.  Coastal further expressly reserves all rights, claims, causes of action, defenses, and/or objections in connection with concurrent jurisdiction under admiralty grounds.

16.     Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies he has read the foregoing Notice of Removal, to the best of his knowledge, information, and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing

law or a good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

      **WHEREFORE**, Defendant Coastal Marine Contractors, LLC hereby removes this action to the United States District Court for the Southern District of Mississippi.

      Respectfully submitted this 26th day of March, 2024.

*/s/ Michael J. Thompson, Jr.*
Michael J. Thompson, Jr.
Mississippi Bar No. 103772
THOMPSON LAW OFFICE, PLLC
P.O. Box 280
Gulfport, MS 39502
Phone: (228) 265-5010
E-mail: mike@mjtlaw.com
*Attorney for Coastal Marine Contractors, LLC*

# IN THE CHANCERY COURT OF HANCOCK COUNTY, MISSISSIPPI

**FILED**

**HANCOCK COUNTY PORT AND HARBOR COMMISSION**                    **PLAINTIFF**

FEB 0 8 2024

TIFFANY LEE COWMAN
CHANCERY CLERK
BY_____ D.C.

v.                                    CAUSE NO. 23CW: 24.CV.079 (JS)

**COASTAL MARINE CONTRACTORS, LLC**                    **DEFENDANT**

## COMPLAINT

COMES NOW, Plaintiff, Hancock County Port and Harbor Commission ("HCPHC" or "Plaintiff"), by and through undersigned counsel of record, and files this its Complaint pursuant to the Mississippi Rules of Civil Procedure against Defendant, Coastal Marine Contractors, LLC. ("CMC" or "Defendant"), and would show unto this Honorable Court the following:

## PARTIES

1. HCPHC is a political subdivision of the State of Mississippi, and is a governmental body created by the lawful act of the Hancock County Board of Supervisors with its principal place of business being located at 14054 Fred and Al Key Road, Kiln, Mississippi 39556.

2. CMC is a Louisiana corporation which has had its authorization to do business in Mississippi revoked. CMC's principal place of business is located at 330 Bayou Liberty Road, Slidell, LA 70458. CMC may be served through its Registered Agent, Allen Warriner, at 330 Bayou Liberty Road, Slidell, LA 70458, or wherever he may be found.

## JURISDICTION AND VENUE

3. The Court has personal jurisdiction over the parties, as well as subject matter jurisdiction over the claims at issue in this civil action.

4. This Court is the proper venue for this action.

## STATEMENT OF FACTS

5. CMC owns various barges which have been docked in the canal located in HCPHC's Industrial Park at Port Bienville.

6. HCPHC has a published tariff, which includes rates for dockage. *See* Applicable Versions of HCPHC's Published Tariff, attached hereto as cumulative Exhibit "A" (the "Published Tariff").

7. The Published Tariff was lawfully enacted by HCPHC.

8. When CMC docked its barges in HCPHC's canal, it was subject to HCPHC's tariff, did in fact subject itself to such tariff, and is obligated to pay the published rate for docking its barges in HCPHC's canal.

9. HCPHC did not grant CMC permission to dock in its canal free of charge or without paying dockage.

10. HCPHC has invoiced CMC for dockage in an amount exceeding Two Hundred Sixty Thousand Dollars ($260,000.00). *See* Accounts Receivable Information, attached hereto as Exhibit "B".

11. The invoices from HCPHC to CMC for its dockage in Port Bienville's Industrial Park are for dockage fees owed from as early as January of 2022 (the "Invoices").

12. To date, CMC has failed to pay the outstanding Invoices, and such Invoices remain due and owing.

## COUNT I – UNJUST ENRICHMENT

13. HCPHC incorporates all previous Paragraphs of this Complaint as if fully stated herein.

14. In the event it is adjudicated there is no binding contract between CMC and HCPHC, CMC is nevertheless obligated to fully satisfy all sums due and owing as reflected the Invoices.

15. CMC's failure to pay the aforementioned Invoices has resulted in CMC being unjustly enriched, as it docked its barges in HCPHC's canal without paying the published rate for such actions.

16. HCPHC requests money damages for CMC's unjust enrichment in the amount of the outstanding Invoices, plus dockage for any other time CMC has made use of HCPHC's canal but for which it has not yet been invoiced.

## COUNT II – QUANTUM MERUIT

1. HCPHC incorporates all previous Paragraphs of this Complaint as if fully stated herein.

2. HCPHC provides docking services to mariners and other users, who make use of HCPHC's canals and docks.

3. CMC is a barge shipping company contemplated as a user under HCPHC's Published Tariff.

4. CMC did in fact make use of HCPHC's canal and docking facilities and services.

5. HCPHC provided docking facilities and services for CMC with the expectation of being compensated by CMC for its barges being docked in HCPHC's canal.

6. HCPHC submitted Invoices to CMC for its use of HCPHC's canal and docking facilities and services with the reasonable expectation of being paid in full by CMC. CMC reasonably knew that HCPHC expected to be compensated according to its Published Tariff.

7. Accordingly, in the alternative to an award of damages for other claims asserted herein, HCPHC is entitled to an award of damages for the value of the services and the use of its facilities that HCPHC provided to CMC, which CMC has refused to pay.

## COUNT III – BREACH OF IMPLIED CONTRACT

8. HCPHC incorporates all previous Paragraphs of the Complaint as if fully stated herein.

3

9. HCPHC's Published Tariff constitutes the basis of, and is in fact, a contract between HCPHC and CMC.

10. CMC's failure to pay the aforementioned Invoices constituted a breach of such contract, as CMC docked its barges in HCPHC's canal without paying the published rate for such actions.

11. Because of CMC's breach, significant charges have accrued pursuant to HCPHC's lawfully enacted tariff, for which CMC has been properly invoiced, in further breach of its contract, causing HCPHC to incur significant monetary damages.

12. Despite receiving the Invoices from HCPHC, CMC has willfully refused to satisfy their obligations under the contract.

13. Because of the breach by CMC, HCPHC has incurred significant monetary damages in excess of Two Hundred and Sixty Thousand Dollars ($260,000.00).

WHEREFORE, PREMISES CONSIDERED, HCPHC prays for the following relief:

1.    That judgment be entered in favor of HCPHC and against CMC for the claims, actions, and conduct referenced herein for a monetary sum to be determined at the trial of this matter;

2.    An award of pre-judgment interest, as well as attorneys' fees and costs associated with the prosecution of these claims.

4

Respectfully submitted, this the _8th_ day of February, 2024.

**HANCOCK COUNTY PORT AND HARBOR COMMISSION**

BY:

**BALCH & BINGHAM LLP**

BY: _____

Of Counsel

K.C. Hightower (MSB# 101246)
Katie Hood (MSB# 104659)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
kchightower@balch.com
khood@balch.com

PORT BIENVILLE INDUSTRIAL PARK

FMC-1; Org. #002665

**TITLE PAGE**

## TARIFF NO. 1-B
Revised

SCHEDULE OF CHARGES, RULES AND REGULATIONS FOR

WHARFAGE, HANDLING, STORAGE AND SERVICES

APPLICABLE AT

# PORT BIENVILLE INDUSTRIAL PARK

APPROVED BY HANCOCK COUNTY PORT AND HARBOR COMMISSION
On April 27, 2015

ISSUED: April 27, 2015                    EFFECTIVE: June 1, 2015

ISSUED BY:

HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
TELEPHONE: (601) 467-9231
FAX: (601) 467-9341

EXHIBIT "A"

# PORT BIENVILLE INDUSTRIAL PARK

FMC-1; Org. #002665             **TARIFF NO. 1-B**             PAGE 1
                                                              REVISD

## SUPERSEDES AND CANCELS ALL OTHER TARIFFS

### CHECK SHEET

(*) Indicates new or revised page included in this filing.

| PAGE | REVISION |
|------|----------|
| 3 | * |
| 8 | + |
| 9 | + |

### CANCELLATION OF PAGES

Unless otherwise provided, amendment of a page will be made by reprinting the page and showing the revision number. The revision numbers will be used in consecutive numerical order beginning with "1st Revised Page". A revised page cancels any un-canceled revised or original page(s), which bear the same page number.

### ABBREVIATIONS AND REFERENCE MARKS             ITEM 110

| | | | |
|---|---|---|---|
| * | Denotes change in wording | + | Denotes increase in charges |
| @ | Denotes new provision | % | Denotes reduction in charges |

| | |
|---|---|
| N.T. | Net ton (2,000 pounds) |
| USDA | United States Department of Agriculture |
| FMC | Federal Maritime Commission |
| DOT | United States Department of Transportation |

ISSUED: April 27, 2015                    EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521

EXHIBIT "A"

# PORT BIENVILLE INDUSTRIAL PARK

FMC-1; Org. #002665        **TARIFF NO. 1-B**        PAGE 2

## TABLE OF CONTENTS

| SUBJECT | RULE | PAGE |
|---|---|---|
| APPLICATION-INTERPRETATION OF TARIFF | 105 | 4 |
| ASSIGNMENT OF BERTH | 150 | 6 |
| DAYS AND HOLIDAYS | 5 | 3 |
| DOCKAGE | 15 | 3 |
| DOCKAGE/WHARFAGE AT OTHER THAN PUBLIC WHARVES | 130 | 5 |
| HAZARDOUS MATERIALS OR SUBSTANCES | 135 | 5 |
| JURISDICTION | 100 | 4 |
| LAY BERTH | 20 | 3 |
| MARINE LOSS OR DAMAGE TO CARGO OR VESSELS | 125 | 5 |
| MEASUREMENT OF SHIPS OR VESSELS | 140 | 5 |
| PORT AUTHORITY | 10 | 3 |
| PUBLIC WHARVES | 25 | 3 |
| REQUEST FOR STATEMENT OF TONNAGE | 145 | 6 |
| SHIP AND VESSEL | 40 | 3 |
| STEVEDORE | 35 | 3 |
| VACATE OF BERTH | 155 | 6 |
| WHARFAGE | 45 | 4 |

### RATES AND CHARGES

| | RULE | PAGE |
|---|---|---|
| CONTAINER STORAGE | 210 | 9 |
| DOCKAGE CHARGE | 205 | 9 |
| PERM ITS | 220 | 9 |
| MISCELLANEOUS CHARGES | 215 | 9 |
| WHARFAGE CHARGES-ASSESSMENT | 200 | 7 |
| WHARFAGE CHARGES | 200 | 8 |

ISSUED: April 27, 2015        EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521

EXHIBIT "A"

# PORT BIENVILLE INDUSTRIAL PARK

FMC-1; Org. #002665      **TARIFF NO. 1-B**      **PAGE 3**
**REVISED**

## DEFINITIONS

### DAYS AND HOLIDAYS     ITEM 5

In computing charges, a day is a period of 24 consecutive hours or fraction thereof of any calendar day or days.
Holidays are defined as Christmas Day, New Year's Day, Memorial Day, Independence Day, and Thanksgiving Day.

### PORT AUTHORITY     ITEM 10

Port Authority, when used herein, is the Hancock County Port and Harbor Commission as prescribed by law.

### DOCKAGE     ITEM 15

A charge against the ship or vessel for the use of the wharves, mooring facilities, or other facilities within the Port Bienville Industrial Park The charge is based upon the length of the ship or barge as determined by the Port Commission's rules. The ship or vessel is responsible for this charge. **Nothing herein shall prohibit the Port Authority from assessing any other charges under any other provision of this Tariff No. 1-B.**

### LAY BERTH     ITEM 20

A privilege granted upon request for a ship or vessel to berth at a wharf, pier, bulkhead structure, or bank.

### WHARVES     ITEM 25

Wharves and facilities, whether public or private, within the Port Bienville Industrial Park... **Nothing herein shall prohibit the Port Authority from assessing any other charges under any other provision of this Tariff No. 1-B.**

### PORT BIENVILLE INDUSTRIAL PARK     ITEM 30

The lands and waters, and interests therein, under the management, supervision and control of the Port Authority.

### STEVEDORE     ITEM 35

One who works at or is responsible for the loading and unloading of a ship or vessel within the jurisdiction of the Port Authority.

### SHIP AND VESSEL     ITEM 40

A "ship" is any self-propelled sea-going vessel. A "vessel" is any type of floating equipment or object including barges.

ISSUED: April 27, 2015             EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521

**EXHIBIT "A"**

## PORT BIENVILLE INDUSTRIAL PARK

FMC-1; Org. #002665                 **TARIFF NO. 1-B**                 PAGE 4

### DEFINITIONS CONTINUED

WHARFAGE                                    ITEM 45

A charge assessed against all cargo passing or conveyed over, onto, or under wharves, whether public or private, and the transit sheds built thereon or between ship or vessel when berthed at the wharf, pier, bulkhead structure(s) or banks, any of which whether public or private, within the jurisdiction of the Port Commission.

### RULES AND REGULATIONS

JURISDICTION                                ITEM 100

The Port Authority has jurisdiction control over, and the power to regulate, fix and enforce rules and charges for the use of the harbor, channel, warehouses, freight handling machinery, equipment, and all other property and facilities owned and/or operated by it in accordance with applicable law.

Normal operations are conducted through the Commission's appointed Port Director.

APPLICATION AND INTERPRETATION OF TARIFF       ITEM 105

Rates, rules and regulations contained herein, or as amended, shall apply equally to all users at and to all waterways, terminals, and facilities of the Port Authority except as otherwise provided. The use of the waterways, facilities, and/or services under the jurisdiction of the Port Authority shall constitute a consent to the terms and conditions herein and evidences an agreement on the part of all carriers, vessels, barges, their owners and agents or all other users of such waterways, services, and/or facilities, to pay all charges specified herein to be governed by all rules and regulations set forth in this tariff.

All reference to harbor masters, pilots, boatmen, stevedores, surveyors, watchmen, police, ship chandlers, ship agents and all other persons engaged in providing any type of service or operation on or at any waterway, road or facility, will be governed by "TITLE 59," Mississippi Code, 1972, Annotated.

ISSUED: April 27, 2015                        EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
EXHIBIT "A"

# PORT BIENVILLE INDUSTRIAL PARK

**FMC-1; Org. #002665**         **TARIFF NO. 1-B**                      PAGE 5

## RULES AND REGULATIONS

### MARINE LOSS OR DAMAGE TO CARGO OR VESSELS       ITEM 125

The Port Authority assumes no responsibility for marine loss or damage to any cargo of any description, nor assumes any responsibility for marine loss or damage to any vessel, barge, tug boat, or other craft while within the harbor limits of Port Bienville Industrial Park or other places.

### DOCKAGE/WHARFAGE AT OTHER THAN PUBLIC WHARVES       ITEM 130

The Port Authority reserves the right to assess wharfage or dockage charges against any commodity received from and/or discharged to, or to ships utilizing, respectively, the water over which the Port Authority has jurisdiction.

### HAZARDOUS MATERIALS OR SUBSTANCES       ITEM 135

Shipments of articles classified as hazardous materials or hazardous substances by the United States Department of Transportation will be accepted only after a full compliance by shippers or carriers with these rules and regulations or as amended. Wharfage and handling facilities will not be provided except under special circumstances approved by the Port Director.

### MEASUREMENT OF SHIPS OR VESSELS       ITEM 140

The Port Authority reserves the right to measure all ships or vessels when deemed necessary; said measurements to be used by the Port Authority as a basis for any and all charges. For purpose of determining charges under this tariff, the term "length" or "over-all length" of a ship or vessel shall be that length measured from the extreme forward point to the extreme aft point of the ship or vessel as may appear in the Certificate of Registry for the ship or vessel. With respect to ships engaged in foreign, coastwise, or intracoastal trade, such measurements appearing in Lloyd's Register will be acceptable as evidence thereof.

ISSUED: April 27, 2015                          EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS  39521
EXHIBIT "A"

## PORT BIENVILLE INDUSTRIAL PARK

**FMC-1; Org. #002665**              **TARIFF NO. 1-B**                    **PAGE 6**

### RULES AND REGULATIONS

REQUEST FOR STATEMENT OF TONNAGE          ITEM 145

All ships or vessels, their owners or agents, or any other persons, firms or corporations shall furnish without delay, but in not greater than seven days, a statement showing weight (weight and measure in cubic meters if by commodities including bunkers, and if containerized the number of units and size, covering any shipments or cargo in the transit sheds, or wharves, or occupying space on any other property under the control of the Port Authority.

ASSIGNMENT OF BERTH, SHEDDAGE, MOORING AND MARGINAL TRACK    ITEM 150

All vessels, barges, or other water craft, or their owners or agents, desiring berth and/or marginal tracks, sheddage assignment, open dock use, anchorage, mooring place, or any other facility shall, as far as possible but not later than 48 hours in advance of the date of docking to load or unload if space is available, make application thereof to the Port Director in writing specifying the date of docking, sailing, and the nature and quantity of cargo to be handled. The Port Director reserves the right to decline any application at its discretion. All assignments shall be at the discretion of the Port Director.

VACATE OF BERTH          ITEM 155

Any vessels, barges or other watercraft occupying a berth under Item 150 may, at the sole discretion of the Port Director, be ordered to vacate the berth due to accommodation of another vessel for the working of cargo or whenever such occupancy poses a potential hazard. Failure to vacate the berth as ordered will result in a penalty to be twice the applicable dockage rate. The imposition of such a penalty shall not affect the right to have the vessel removed at the expense and risk of the owner or charterer.

ISSUED: April 27, 2015                           EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
EXHIBIT "A"

## PORT BIENVILLE INDUSTRIAL PARK

**FMC-1; Org. #002665**          **TARIFF NO. 1-B**          PAGE 7

### RATES AND CHARGES

ASSIGNMENT OF WHARFAGE CHARGES          ITEM 200

All cargo shall be subject to the wharfage charges as follows:

(1.) When cargo is placed onto wharves, docks, landing, mooring facilities, or other structures, any of which whether public or private, for handling to or from ship or vessel; or

(2.) When cargo is placed on the public or private wharves for outbound movement and is not subsequently loaded aboard a ship or vessel but is removed from the wharves; or

(3.) When cargo is transferred over or under such wharves, docks, landings, mooring facilities, or other structures, any of which whether public or private, to or from ship or vessel; or

(4.) When cargo is delivered to or received from ships or vessels by other water craft, or when transferred over the side of ships or vessels directly to or from the water;

(5.)(a) When ships or vessels are moored outside of other water craft occupying berths at wharves, dock landings, mooring facilities or other structures, any of which whether public or private;

(b) When ships or vessels are occupying berths at wharves, dock landings, mooring facilities or other structures, any of which whether public or private;

(c) When ships or vessels are anchored, partly anchored, or partly moored to wharves, docks, or other structure, any of which whether public or private, in any area within the jurisdiction of the Port Authority.

ISSUED: April 27, 2015                    EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521

EXHIBIT "A"

# PORT BIENVILLE INDUSTRIAL PARK

**FMC-1; Org. #002665**                    **TARIFF NO. 1-B**                    **PAGE 8**
                                                                               **REVISED**

## RATES AND CHARGES

The rate for <u>wharfage</u> is as follows:

| COMMODITY | RATE |
|---|---|
| 1. General Commodities N.O.S. | $1.40 per net ton |
| 2. Hazardous Cargo | $4.00 per net ton |
| 3. Bulk Commodities N.O.S. (or 40 cubic feet, whichever is greater) | $1.00 per net ton |
| 4. USDA (bagged commodities) | $1.00 per net ton |
| 5. Forest Products | $1.00 per net ton |
| 6. Iron and/or Steel Articles, N.O.S. | $1.50 per net ton |
| 7. Fabricated Steel, N.O.S. | $2.50 per net ton |

ISSUED: April 27, 2015                    EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
EXHIBIT "A"

# PORT BIENVILLE INDUSTRIAL PARK

**FMC-1; Org. #002665**       **TARIFF NO. 1-B**       **PAGE 9**
**REVISED**

## RATES AND CHARGES

### DOCKAGE       ITEM 205

The dockage charge shall be **$1.00** per lineal foot of ship, vessel or barge starting the 1st day and every day thereafter.

All carriers, vessels, their owners and/or agents or other users of the facilities placed on the delinquent list for reasons provided herein shall be denied further use of the facilities by the Port Director until all charges have been paid.

### CONTAINER STORAGE       ITEM 210

All cargo containers stored outside of the leased ship terminal area as defined by lease agreements between the Port Authority and lessee will be assessed a storage charge of:

**$1.00** per Container per Day

### MISCELLANEOUS CHARGES       ITEM 215

All other types of charges not otherwise specified herein will be quoted on request from the Port Director.

### PERMITS       ITEM 220

All commercial ship, vessel or other transportation mode operators will be required to have a one (1) year entry permit issued by the Port Authority in order to conduct business on Port Bienville. Such permit shall be issued based on criteria establish by the Port Authority and require a payment of $50.00 administrative fee applicable to all transportation equipment under control of the permit holder.

ISSUED: April 27, 2015       EFFECTIVE: June 1, 2015

ISSUED BY:
HANCOCK COUNTY PORT AND HARBOR COMMISSION
PO BOX 2267, BAY ST. LOUIS, MS 39521
EXHIBIT "A"

| Status | Document ID | External Reference | Document Type | Document Date ▼ | Document Amount in Trans... | Open Amount in Tran... | Header Text |
|--------|-------------|--------------------|---------------|-----------------|-----------------------------|-------------------------|-------------|
| Open | IP563 | IP-563 | Invoice | 10/31/2022 | 12,285.00 | USD | 12,285.00 | USD CMC01 DOCKAGE OCT 2022 |
| Open | IP539 | IP-539 | Invoice | 09/30/2022 | 27,495.00 | USD | 27,495.00 | USD CMC01 DOCKAGE SEP 2022 |
| Open | IP500 | IP-500 | Invoice | 09/14/2022 | 221,130.00 | USD | 221,130.00 | USD CMC01 DOCKAGE JAN 2022 - AUG 2022 |

EXHIBIT "B"

JS 44 (Rev. 03/24)
Case 1:24-cv-00095-TBM-RPM Document 5-2 Filed 03/27/24 Page 40 of 140
Case 3:24-cv-00070-TSL-RPM Document 1-1 Filed 06/27/2024 Page 4 of 4

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Hancock County Port and Harbor Commission

**DEFENDANTS**

Coastal Marine Contractors, LLC

**(b)** County of Residence of First Listed Plaintiff  Hancock
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
K.C. Hightower and Katie Hood, Balch & Bingham LLP,
1310 Twenty Fifth Ave., Gulfport, MS 39501,
228-864-9900

Attorneys *(If Known)*
Michael J. Thompson, Jr., Thompson Law Office, PLLC,
P.O. Box 280, Gulfport, MS 39502

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [x] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original Proceeding
- [x] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1441
Brief description of cause:
Dockage

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
260,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
March 26, 2024

SIGNATURE OF ATTORNEY OF RECORD
Mike Thompson

**FOR OFFICE USE ONLY**

RECEIPT #  5369651   AMOUNT  $405.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____