IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HANCOCK COUNTY PORT AND**                                          **PLAINTIFF**
**HARBOR COMMISSION**

**v.**                     **CIVIL ACTION NO. 1:24-cv-95-TBM-RPM**

**COASTAL MARINE**
**CONTRACTORS, LLC**                                                         **DEFENDANT**

**<u>ORDER</u>**

This matter came before the Court on Plaintiff Hancock County Port and Harbor Commission's Motion for Summary Judgment [26] and Defendant Coastal Marine Contractors, LLC's Motion for Leave to File Sur-Reply [30]. At the hearing conducted on April 29, 2025, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff Hancock County Port and Harbor Commission's Motion for Summary Judgment [26] is DENIED for all of the reasons stated on the record. Because many relevant fact questions remain at issue, the Plaintiff is not entitled to summary judgment on its quantum meruit, unjust enrichment, or breach of implied contract claims.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Coastal Marine Contractors, LLC's Motion for Leave to File Sur-Reply [30] is DENIED AS MOOT. At the April 29, 2025, hearing, the Court heard extensive oral argument from the parties on the relevant issues contained in the Motion for Summary Judgment [26] and the Motion [26] was denied in any event.

This, the 2nd day of May, 2025.

                                                                        TAYLOR B. McNEEL
                                                                        UNITED STATES DISTRICT JUDGE